OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401682 SEP. 24. 2015

9/23/2015

MINNFEE, BARRY DWAYNE    Tr. Ct. No. 49678-15-D        WR-53,243-37

This Court has previously entered an order citing you for abuse of the writ of habeas corpus. The application for writ of habeas corpus filed by you in the 320th District Court, received by this Court on Tuesday, September 08, 2015, does not satisfy the requirements for consideration set out in the order described above. Therefore, the Court will take no action on this writ.

Abel Acosta, Clerk

BARRY DWAYNE MINNFEE
ALLRED UNIT - TDC # 1300468
2101 FM 369 NORTH
IOWA PARK, TX 76367

BN3B 76367

**R E T U R N**

CPA/Texas Procurement & Support Services  53,243-37
Mail Operations
1711 San Jacinto
Austin, TX  78701

Date: _9-28-13_

To: _Criminal Appeal_

The attached mail piece(s) are being returned due to the following reasons:

__ Incomplete address information

X Incomplete/Incorrect Zip Code

X Mail piece missing agency return address

__ Mail piece(s) inserted improperly

__ United States Postal Service (USPS) form(s)/documents incomplete

__ Mail piece damaged during processing

__ Certified form incomplete

__ Other:_____

**If you have any questions please contact Virgie Alvarez, Mail Operations @ 463-3440.**
Note: To verify mailing addresses & zip codes, check out **www.usps.com**

**R E T U R N   M A I L   N O T I C E**